STATE of Missouri, Respondent,

v.

Tony WILKINSON, Appellant.

No. WD 43118.

Missouri Court of Appeals,
Western District.

Dec. 4, 1990.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from conviction of distribution of cocaine, § 195.211, RSMo Supp.1989, and from sentence of ten years' imprisonment.

Judgment affirmed. Rule 30.25(b).